IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:15-cv-01784-KMT

THE BOARD OF COUNTY COMMISSIONERS OF
THE COUNTY OF GARFIELD, COLORADO,

    Plaintiff

v.

UNITED STATES DEPARTMENT OF THE INTERIOR,

    Defendant.

## ORDER OF ADMINISTRATIVE CLOSURE

THE COURT, having considered the Plaintiff's Unopposed Motion for Administrative Closure, and finding good cause therefor:

ORDERS that this case be Administratively Closed subject to reopening for good cause shown pursuant to D.C.Colo.LCivR 41.2 and that if no party files a stipulation to dismiss the case or a motion to reopen the case on or before <u>October 26, 2016</u>, the case will be dismissed without prejudice without further notice to the parties and without further action by the Court.

DATED: November 2, 2015

BY THE COURT:

_____
Kathleen M. Tafoya
United States Magistrate Judge

1