IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:15-cv-01784-KMT

THE BOARD OF COUNTY COMMISSIONERS OF
THE COUNTY OF GARFIELD, COLORADO,

    Plaintiff

v.

UNITED STATES DEPARTMENT OF THE INTERIOR,

    Defendant.

## ORDER GRANTING MOTION TO REOPEN CASE

THE COURT, having considered the Plaintiff's Unopposed Motion to Reopen Case (Document No. 20), and finding good cause therefor:

ORDERS that this case be reopened.

DATED: April 13, 2016

                BY THE COURT:

                _____
                Kathleen M. Tafoya
                United States Magistrate Juge